UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RUBEN ZAPATA )  | CRIMINAL NO. A-10-CR-636 SS |

## AGREED STIPULATION

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and the Defendant Ruben Zapata, through the Defendant's counsel, to stipulate to the following facts. The parties agree that this stipulation may be presented to the jury in lieu of the testimony of witnesses to prove the stipulated facts not in controversy:

The Austin Police Department "Incident Detail Report" for Incident number 542229 records that in the 911 call made to request police assistance at 1102 Estes Ave., Austin, Texas, on the night of June 3, 2010, the caller hung up at 22:07:58, and that the "call taking" was "complete" at 22:08:29. The Incident Detail Report also reflects that the first police unit arrived at the scene at 22:08:56.

Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: _____
GRANT SPARKS
Assistant U.S. Attorney

_____          3-28-11
RUBEN ZAPATA                       Date
Defendant

_____          3/25/11
WILLIAM H. IBBOTSON                Date
Attorney for Defendant

The above and foregoing stipulation by the parties is approved by the Court on this the ___ day of March, 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE